IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
**Norfolk Division**

| | |
|---|---|
| SYMBOLOGY INNOVATIONS, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LEGO SYSTEMS, INC., ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 2:17-cv-00086 |

**DEFENDANT LEGO SYSTEMS, INC.'s MOTION TO DISMISS**

Defendant LEGO Systems, Inc. ("LSI"), by counsel, respectfully moves this Court to dismiss the Complaint for Patent Infringement (Dkt No. 1.) ("Complaint") pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted. The grounds for this motion are more fully set forth in LSI's Memorandum in Support of Motion to Dismiss, which is filed herewith.

LEGO SYSTEMS, INC.

By /s/
Of Counsel

Dabney J. Carr, IV, VSB #28679
**TROUTMAN SANDERS LLP**
P. O. Box 1122
Richmond, Virginia 23218-1122
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
dabney.carr@troutmansanders.com

Elizabeth A. Alquist (*admitted pro hac vice*)
Eric J. TeVelde (*admitted pro hac vice*)
Woo Sin Sean Park (*admitted pro hac vice*)
Day Pitney LLP
242 Trumbull Street
Hartford CT 06103-1212
Telephone: (860) 275 0100
Facsimile: (860) 748 4437
ealquist@daypitney.com
etevelde@daypitney.com
wpark@daypitney.com

*Counsel for Lego Systems, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of April , 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

> Steven War, VSB No. 45048
> **McNEELY, HARE & WAR LLP**
> 5335 Wisconsin Ave., NW, Suite 440
> Washington, D.C. 20015
> Telephone: (202) 536-5877
> Facsimile: (202) 478-1813
> steve@miplaw.com
>
> *Counsel for Symbology Innovations, LLC*

>   /s/  Dabney J. Carr, IV
> Dabney J. Carr, IV (VSB No. 28679)
> **TROUTMAN SANDERS** LLP
> 1001 Haxall Point
> Richmond, VA 23219
> Telephone:  (804) 697-1200
> Facsimile:  (804) 697-1339
> dabney.carr@troutmansanders.com
> *Counsel for Defendants*