UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SYMBOLOGY INNOVATIONS, LLC,  )<br>  )<br>           Plaintiff,  )<br>v.  )<br>  )<br>LEGO SYSTEMS, INC.,  )<br>  )<br>           Defendant.  )<br>  )<br>  ) | Civil Action No. 2:17-cv-00086<br><br>APRIL 3, 2017 |

**DECLARATION OF ELIZABETH ALQUIST IN SUPPORT OF DEFENDANT LEGO SYSTEMS, INC.'S MOTION TO DISMISS PURSUANT TO F.R.C.P 12(b)(6)**

I, Elizabeth Alquist, declare the following statements upon my solemn oath:

1. I am currently an attorney in good standing, practicing law in the State of Connecticut, and admitted *pro hac vice* in the Eastern District of Virginia. I represent LEGO Systems, Inc. ("LSI") in the above-captioned litigation. I make all statements in this declaration based upon my own personal knowledge for the sole purpose of authenticating the following documents.

2. The following documents are true and accurate copies:

    **EXHIBIT 1**, a copy of U.S. Patent No. Patent No. 7,992,773 ("the '773 Patent").

    **EXHIBIT 2**, a printout of QReative's webpages providing certain images at issue and the contact information of QReative, available at http://www.qreative-media.de/qr-code-technologie/wie-funktionieren-qr-codes.html (Page 1) and http://www.qreative-media.de/kontakt.php (Page 2).

-2-

**EXHIBIT 3**, a printout of i-nigma's webpage providing its QR code reader available for download, available at http://www.i-nigma.com/Downloadi-nigmaReader.html.

**EXHIBIT 4**, a description of Search Engine Watch (searchenginewatch.com) and the sale to Blenheim Chalcot.

**EXHIBIT 5**, a printout of Tribal Café's article giving an overview of QR codes, available at https://www.tribalcafe.co.uk/qr-code-marketing/.

**EXHIBIT 6**, a printout of the image search using the Google image search engine and the terms **"**2d-barcode-scanning-process."

SIGNED UNDER THE PENALTIES OF PERJURY, THIS 3RD DAY OF APRIL 2017.

       /s/ Elizabeth A. Alquist