IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| SYMBOLOGY INNOVATIONS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 2:17-cv-00086 |
| ) | |
| LEGO SYSTEMS, INC., ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT LEGO SYSTEMS, INC.'S
<u>MOTION TO TRANSFER</u>**

Defendant LEGO Systems, Inc. ("LSI") moves to transfer venue of this action under 28 U.S.C. § 1404(a) to the District of Connecticut. For the reasons discussed in the accompanying memorandum of law, LSI respectfully requests the Court grant this motion.

LEGO SYSTEMS, INC.

By   /s/
       Of Counsel

Dabney J. Carr, IV, VSB #28679
**TROUTMAN SANDERS LLP**
P. O. Box 1122
Richmond, Virginia 23218-1122
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
dabney.carr@troutmansanders.com

Elizabeth A. Alquist (*admitted pro hac vice*)
Eric J. TeVelde (*admitted pro hac vice*)
Woo Sin Sean Park (*admitted pro hac vice*)
Day Pitney LLP
242 Trumbull Street
Hartford CT 06103-1212
Telephone: (860) 275 0100
Facsimile: (860) 748 4437
ealquist@daypitney.com
etevelde@daypitney.com
wpark@daypitney.com

*Counsel for Lego Systems, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of April , 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

>Steven War, VSB No. 45048
>**McNEELY, HARE & WAR LLP**
>5335 Wisconsin Ave., NW, Suite 440
>Washington, D.C. 20015
>Telephone: (202) 536-5877
>Facsimile: (202) 478-1813
>steve@miplaw.com
>
>*Counsel for Symbology Innovations, LLC*

>/s/  Dabney J. Carr, IV
>Dabney J. Carr, IV (VSB No. 28679)
>**TROUTMAN SANDERS** LLP
>1001 Haxall Point
>Richmond, VA 23219
>Telephone:  (804) 697-1200
>Facsimile:  (804) 697-1339
>dabney.carr@troutmansanders.com
>*Counsel for Defendants*