UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Symbology Innovations, LLC,<br><br>             Plaintiff<br><br>v.<br><br>Lego Systems, Inc.,<br><br>             Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 3:17-cv-01641-JBA<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF DISMISSAL**

    Under the Federal Rule of Civil Procedure 41(a), Symbology Innovations, LLC ("SI") voluntary dismisses all claims against Defendant Lego Systems, Inc. without prejudice, with each party bearing its own attorneys' fees and costs.

                                                    Respectfully submitted.

                                                    /s/ Daniel R. Cooper

Date:  February 8, 2018

                                                    Daniel R, Cooper, Bar No.  ct30240
                                                    Cooper & Kurz
                                                    170 Eden Road
                                                    Stamford, CT 06907
                                                    Tel: 203.322.4852
                                                    Fax: 203.329.7881
                                                    kurzcooper@att.net

                                                    *Attorney for Plaintiff Symbology Innovations, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2018, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail and e-mail to attorneys for Defendant Lego Systems, Inc., as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

/s/ Daniel R. Cooper

_____

Daniel R. Cooper

Served by mail and e-mail to:

Attorney Eric J. TeVelde, Esq.
Day Pitney LLP – HTFD
242 Trumbull Street
Hartford, CT 06033
Tel. 860-275-0100
etevelde@daypitney.com

Attorney Woo Sin Sean Park, Esq.
Day Pitney LLP – HTFD
242 Trumbull Street
Hartford, CT 06033
Tel. 860-275-0207
Fax. 860-748-4437
wpark@daypitney.com

Attorney Elizabeth Ann Alquist, Esq.
Day Pitney LLP – Trmbl St Htfd CT
242 Trumbull Street
Hartford, CT 06103-1212
EAAlquist@daypitney.com

*Attorneys for Defendant Lego Systems, Inc.*

_____

Attorney Steven War, Esq.
McNeely, Hare & War LLP
5335 Wisconsin Avenue NW, Suite 440
Washington, DC 20015
Tel. 202-536-5877
steve@miplaw.com

*Lead Attorney for Plaintiff Symbology Innovations, LLC*